| Fill in this information to identify the case: | |
|---|---|
| United States Bankruptcy Court for the: Southern District of Texas | |
| Case number *(if known)* _____ Chapter __11__ | ☐ Check if this is an amended filing |

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy  04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | Dynacq Healthcare, Inc. |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 76-0375477 |
| 4. | **Debtor's address** | **Principal place of business** 4301 Vista Road Pasadena, TX 77504 Number, Street, City, State & ZIP Code  Harris County | **Mailing address, if different from principal place of business** _____ P.O. Box, Number, Street, City, State & ZIP Code  **Location of principal assets, if different from principal place of business** _____ Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | |
| 6. | **Type of debtor** | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) ☐ Partnership (excluding LLP) ☐ Other. Specify: _____ |

Debtor  Dynacq Healthcare, Inc.  
      Name

Case number (*if known*) _____

---

**7. Describe debtor's business**

A. *Check one:*
- ☒ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☐ None of the above

B. *Check all that apply*
- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

    6221

---

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*
- ☐ Chapter 7
- ☐ Chapter 9
- ☒ Chapter 11. *Check **all** that apply*:
  - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

---

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

- ☒ No.
- ☐ Yes.

District _____ When _____ Case number _____  
District _____ When _____ Case number _____

---

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

- ☐ No
- ☒ Yes.

List all cases. If more than 1, attach a separate list

Debtor  See Addendum 1     Relationship  Affiliate  
District  Southern District of Texas  When _____  Case number, if known _____

---

Official Form 201     **Voluntary Petition for Non-Individuals Filing for Bankruptcy**     page 2

Debtor  Dynacq Healthcare, Inc.                     Case number (*if known*)
      Name

| | | |
|---|---|---|
| **11.** | **Why is the case filed in *this district*?** | *Check all that apply:*<br>☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br>☒ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| **12.** | **Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☒ No<br>☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br>**Why does the property need immediate attention?** (*Check all that apply.*)<br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>    What is the hazard? _____<br>☐ It needs to be physically secured or protected from the weather.<br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br>☐ Other _____<br>**Where is the property?** _____<br>    Number, Street, City, State & ZIP Code<br>**Is the property insured?**<br>☐ No<br>☐ Yes. Insurance agency _____<br>      Contact name _____<br>      Phone _____ |

### Statistical and administrative information

| | | |
|---|---|---|
| **13.** | **Debtor's estimation of available funds** | *Check one:*<br>☒ Funds will be available for distribution to unsecured creditors.<br>☐ After any administrative expenses are paid, no funds will be available to unsecured creditors. |
| **14.** | **Estimated number of creditors** | ☐ 1-49      ☐ 1,000-5,000      ☐ 25,001-50,000<br>☐ 50-99      ☐ 5001-10,000      ☐ 50,001-100,000<br>☒ 100-199      ☐ 10,001-25,000      ☐ More than100,000<br>☐ 200-999 |
| **15.** | **Estimated Assets** | ☐ $0 - $50,000      ☐ $1,000,001 - $10 million      ☐ $500,000,001 - $1 billion<br>☐ $50,001 - $100,000      ☒ $10,000,001 - $50 million      ☐ $1,000,000,001 - $10 billion<br>☐ $100,001 - $500,000      ☐ $50,000,001 - $100 million      ☐ $10,000,000,001 - $50 billion<br>☐ $500,001 - $1 million      ☐ $100,000,001 - $500 million      ☐ More than $50 billion |
| **16.** | **Estimated liabilities** | ☐ $0 - $50,000      ☐ $1,000,001 - $10 million      ☐ $500,000,001 - $1 billion<br>☐ $50,001 - $100,000      ☒ $10,000,001 - $50 million      ☐ $1,000,000,001 - $10 billion<br>☐ $100,001 - $500,000      ☐ $50,000,001 - $100 million      ☐ $10,000,000,001 - $50 billion<br>☐ $500,001 - $1 million      ☐ $100,000,001 - $500 million      ☐ More than $50 billion |

| Debtor | Dynacq Healthcare, Inc. | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  December 8, 2025
MM / DD / YYYY

**X** /s/ Eric Chan                                     Eric Chan
Signature of authorized representative of debtor         Printed name

Title  Authorized Signatory

**18. Signature of attorney**

**X** /s/ William Hotze                                  Date  December 8, 2025
Signature of attorney for debtor                          MM / DD / YYYY

William Hotze
Printed name

Dykema Gossett PLLC
Firm name

5 Houston Center
1401 McKinney Street, Suite 1625
Houston, TX 77010
Number, Street, City, State & ZIP Code

Contact phone                        Email address  whotze@dykema.com

TX  24087754
Bar number and State

**IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| IN RE:<br><br>DYNACQ HEALTHCARE, INC.,<br><br>     Debtor.<br><br>Tax Identification No. 76-0375477 | Chapter 11<br><br>Case No. |
| IN RE:<br><br>VISTA COMMUNITY MEDICAL CENTER, L.L.P.<br><br>     Debtor.<br><br>Tax Identification No. 76-060085 | Chapter 11<br><br>Case No. |
| IN RE:<br><br>VISTA LAND & EQUIPMENT, L.L.C.<br><br>     Debtor.<br><br>Tax Identification No. 76-0632625 | Chapter 11<br><br>Case No. |
| IN RE:<br><br>DOCTORS PRACTICE MANAGEMENT, INC.<br><br>     Debtor.<br><br>Tax Identification No. 76-0445545 | Chapter 11<br><br>Case No. |

| | |
|---|---|
| IN RE:<br><br>SURGERY SPECIALTY CLINICIANS, INC.<br><br>     Debtor.<br><br>Tax Identification No. 38-3919216 | Chapter 11<br><br>Case No. |
| IN RE:<br><br>VISTA HOSPITAL OF DALLAS, L.L.P.<br><br>     Debtor.<br><br>Tax Identification No. 20-0123122 | Chapter 11<br><br>Case No. |
| IN RE:<br><br>AMBULATORY INFUSION THERAPY SPECIALISTS, INC.<br><br>     Debtor.<br><br>Tax Identification No. 76-0327422 | Chapter 11<br><br>Case No. |

# ADDENDUM 1

**Pending Bankruptcy Cases Filed by the Debtor and Affiliates of the Debtor**

On the date hereof, each of the entities listed below (collectively, the "Debtors") filed a petition in the United States Bankruptcy Court for the Southern District of Texas for the Southern District of Texas for relief under chapter 11 of title 11 of the United States Bankruptcy Code.

- Dynacq Healthcare, Inc.
- Vista Community Medical Center, L.L.P..
- Vista Land & Equipment, L.L.C.
- Doctors Practice Management, Inc.
- Surgery Specialty Clinicians, Inc.
- Vista Hospital of Dallas, L.L.P.
- Ambulatory Infusion Therapy Specialists, Inc.

| Fill in this information to identify the case: |
|---|
| **Debtor name:** Dynacq Healthcare, Inc., et al. |
| **United States Bankruptcy Court for the:** Southern District of Texas |
| **Case number (if known):** 25-_____ |

☐ Check if this is an amended filing

Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders, on a Consolidated Basis        12/15

A list of creditors holding the 30 Largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 30 Largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent unliqui-dated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Texas Mutual Insurance Company<br>6210 East Hwy 290<br>Austin TX 78723 | | Refund claim | ☑ C<br>☑ U<br>☑ D | | | $3,086,989.63 |
| 2 | Harris County Hospital District<br>PO Box 66769<br>Houston TX 77266 | Julie Rabat-Torki<br>Tel: 346-426-0478<br>julie.rabat-torki@harrishealth.org | Government | ☑ C<br>☑ U<br>☑ D | | | $2,281,676.50 |
| 3 | W.L Gore & Associates Inc.<br>960 W. Elliott Road<br>Suite 202<br>Tempe AZ 85284 | Andrew B. Totz<br>Tel: 713-275-0305<br>atotz@tetlegal.com | Litigation | ☑ C<br>☑ U<br>☑ D | | | $1,126,444.00 |
| 4 | American Home Assurance Company<br>1271 Ave of The Americas<br>Floor 37<br>New York NY 10020-1304 | | Refund Claim | ☑ C<br>☑ U<br>☑ D | | | $1,043,854.49 |
| 5 | Zurich American Insurance Company<br>P.O. Box 14152<br>Lexington KY 40512 | | Refund Claim | ☑ C<br>☑ U<br>☑ D | | | $972,348.58 |
| 6 | Travelers Indemnity Company of Connecticut<br>One Tower Square<br>Hartford CT 06183 | | Refund Claim | ☑ C<br>☑ U<br>☑ D | | | $774,651.98 |

Debtor **Dynacq Healthcare, Inc., et al.**  Case number *(if known)* **25-_____**

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent unliqui- dated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 7 | Insurance Company of the State of Pennsylvania<br>500 West Madison Street<br>Suite 3000<br>Chicago IL 60661 | | Refund Claim | ☑ C<br>☑ U<br>☑ D | | | $753,582.81 |
| 8 | IRS- United States Treasury<br>PO Box 742562<br>Cincinnati OH 45280 | | Payroll Taxes | ☑ C<br>☑ U<br>☑ D | | | $384,644.89 |
| 9 | Bard Peripheral Vascular Inc<br>PO Box 75767<br>Charlotte NC 28275 | | Trade Debt | ☑ C<br>☑ U<br>☑ D | | | $246,624.54 |
| 10 | Travelers Indemnity Company<br>One Tower Square<br>Hartford CT 06183 | | Refund Claim | ☑ C<br>☑ U<br>☑ D | | | $237,103.82 |
| 11 | National Union Fire Insurance Company of Pittsburgh, PA<br>5235 North Frot Street<br>Harrisburg PA 17110 | | Refund Claim | ☑ C<br>☑ U<br>☑ D | | | $212,802.58 |
| 12 | Gulf Insurance Company<br>10002 Marsh Lane<br>Dallas TX 75229 | | Refund Claim | ☑ C<br>☑ U<br>☑ D | | | $182,270.14 |
| 13 | Lumbermens Mutual Casualty Company<br>1 Corporate Drive<br>Suite 200<br>Lake Zurich IL 60047 | | Refund Claim | ☑ C<br>☑ U<br>☑ D | | | $178,072.05 |
| 14 | New Hampshire Insurance Company<br>C/o AIG Claims, Inc.<br>P.O. Box 25974<br>Shawnee Mission KS 66225 | | Refund Claim | ☑ C<br>☑ U<br>☑ D | | | $171,084.62 |
| 15 | Hartford Insurance Company of the Midwest<br>One Hartford Plaza<br>Hartford CT 06155 | | Refund Claim | ☑ C<br>☑ U<br>☑ D | | | $158,207.03 |
| 16 | IPFS Corporation<br>2900 N. Loop West<br>Suite 1150<br>Houston TX 77092 | | Insurance Premium Financing | ☑ C<br>☑ U<br>☑ D | | | $147,877.74 |

Official Form 204   Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured Claims   Page 2

Debtor **Dynacq Healthcare, Inc., et al.** Case number *(if known)* 25-_____

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent unliqui-dated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 17 | Travelers Company of Connecticut<br>One Tower Square<br>Hartford CT 06183 | | Refund Claim | ☑ C<br>☑ U<br>☑ D | | | $145,516.38 |
| 18 | Hartford Underwriters Insurance Company<br>One Hartford Plaza<br>Hartford CT 06155 | | Refund Claim | ☑ C<br>☑ U<br>☑ D | | | $143,414.46 |
| 19 | TPCIGA for Home Indemnity Company<br>C/o Zurich Insurance Co<br>P.O. Box 968023<br>Shaumburg IL 60196 | | Refund Claim | ☑ C<br>☑ U<br>☑ D | | | $132,110.61 |
| 20 | Dallas Anthony & Jeffords, PLLC<br>4400 Old Canton Rd<br>Suite 170<br>Jackson MS 39211 | | Professional Services | ☑ C<br>☑ U<br>☑ D | | | $125,474.78 |
| 21 | Illinois National Insurance Company<br>500 West Madison Street<br>Suite 3000<br>Chicago IL 60661 | | Refund Claim | ☑ C<br>☑ U<br>☑ D | | | $119,240.62 |
| 22 | Twin City Fire Insurance Company<br>One Tower Square<br>Hartford CT 06183 | | Refund Claim | ☑ C<br>☑ U<br>☑ D | | | $119,085.24 |
| 23 | Target Corporation<br>C/o Sedgwick Claims Management Services Inc.<br>P.O. Box 14498<br>Charlotte NC 28219 | | Refund Claim | ☑ C<br>☑ U<br>☑ D | | | $118,209.80 |
| 24 | MedCOMP (Medical Components, Inc)<br>1499 Delp Dr.<br>Harleysville PA 19438 | | Trade Debt | ☑ C<br>☑ U<br>☑ D | | | $113,207.82 |
| 25 | Reliance National Insurance Company<br>C/o TPCIGA for Reliance Ins., Sedgwick Claims Management Services Inc.<br>P.O. Box 14152<br>Lexington KY 40512 | | Refund Claim | ☑ C<br>☑ U<br>☑ D | | | $112,584.81 |
| 26 | Amerisure Insurance<br>26777 Halsted Rd<br>Farmington Hills MI 48331-3586 | | Refund Claim | ☑ C<br>☑ U<br>☑ D | | | $112,493.33 |

Debtor **Dynacq Healthcare, Inc., et al.**  Case number *(if known)* 25-_____

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent unliqui-dated, or disputed | Amount of unsecured claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 27 | Royal Indemnity Company Arrowpoint Capital Corp P.O. Box 19809 Charlotte NC 28219 | | Refund Claim | ☑ C ☑ U ☑ D | | | $109,008.81 |
| 28 | ESIS 436 Walnut St. Philadelphia PA 19106 | | Refund Claim | ☑ C ☑ U ☑ D | | | $108,133.33 |
| 29 | American Insurance Company P.O. Box 740174 Atlanta GA 30374 | | Refund Claim | ☑ C ☑ U ☑ D | | | $105,623.88 |
| 30 | Facility Insurance Corporation 7700 Chevy Chase Dr. Suite 400 Austin TX 78752 | | Refund Claim | ☑ C ☑ U ☑ D | | | $103,297.48 |

Official Form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured Claims    Page 4

**DYNACQ HEALTHCARE, INC.**

**UNANIMOUS CONSENT OF THE BOARD
OF DIRECTORS IN LIEU OF SPECIAL MEETING**

The undersigned, being the Sole Director and Chairman of the Board of Directors (the "**Board**") of Dynacq Healthcare, Inc., a Nevada corporation (the "**Company**"), does hereby consent to the adoption of, and hereby ratify, he resolutions attached hereto as **Exhibit A**, which resolutions shall be deemed to be adopted as of the date hereof and to have the same force and effect as if such resolutions were adopted by the Board at a duly convened meeting held for such purpose.

IN WITNESS HEREOF, the undersigned has executed this consent as of the 1st day of December, 2025.

**DYNACQ HEALTHCARE, INC.**

By: */s/ Dr. Eric Chan*
    Name: Dr. Eric Chan
    Title: Sole Director and Chairman

**EXHIBIT A**

**RESOLUTIONS OF THE BOARD OF DIRECTORS**

**WHEREAS**, the Board of Dynacq Healthcare, Inc., a Nevada corporation (the "**Company**"), has reviewed the materials presented by the management of the Company regarding the liabilities and liquidity situation of the Company and its wholly-owned subsidiaries, (i) Vista Community Medical Center, L.L.P. ("**VCMC**"), (ii) Vista Land & Equipment, L.L.C. ("**VLE**"), (iii) Doctors Practice Management, Inc. ("**DPM**"), (iv) Surgery Specialty Clinicians, Inc. ("**SSC**"), (v) Vista Hospital of Dallas, L.L.P. ("**VHD**"), (vi) Ambulatory Infusion Therapy Specialists, Inc. ("**AIT**" and together with VCMC, VLE, DPM, SSC, and VHD the "**Subsidiaries**"), the strategic alternatives available to them, and the effect of the foregoing on the business of the Company and its Subsidiaries;

**WHEREAS**, the Board has had the opportunity to consult with management of the Company, its Subsidiaries, and their advisors, and to fully consider each of the strategic alternatives available to the Company and its Subsidiaries;

**WHEREAS**, the Board has deemed it advisable and in the best interests of the Company, its Subsidiaries, and their respective shareholders, creditors and other interested parties, that the Company and its Subsidiaries (collectively, the "**Debtors**") file voluntary petitions for relief under the provisions of chapter 11 of title 11 of the United States Code, 11 U.S.C. § 101 et seq. (the "**Bankruptcy Code**") for the purpose of restructuring the Debtors' financial affairs; and

**WHEREAS**, those certain Bylaws of Dynacq Healthcare, Inc. (the "**Company Agreement**"), authorizes the Board: (i) to manage the property, business and affairs of the Company; and (ii) by written consent without a meeting, to take any action required or permitted by law or the Company Agreement.

**NOW THEREFORE, BE IT:**

*Chapter 11 Filings*

**RESOLVED**, that the Board has determined that it is desirable and in the best interests of the Debtors, their respective shareholders, creditors and other parties in interest, that the Company file a voluntary petition for relief, and that the Company direct its Subsidiaries to file a voluntary petition for relief (collectively, the "**Petitions**"), and commence cases (the "**Chapter 11 Cases**") under chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Southern District of Texas (the "**Bankruptcy Court**"); and further

**RESOLVED**, that the Board hereby authorizes, directs, empowers and appoints Dr. Eric Chan, President and Chief Executive Officer, as the representative (the "**Authorized Representative**"), acting in the name and behalf of the Debtors, to: (i) verify and execute the Petitions as well as all other ancillary documents, and to cause the Petitions to be filed with the Bankruptcy Court, and to make or cause to be made prior to the execution thereof any modifications to the Petitions or ancillary documents; (ii) execute, verify, and file or cause to be

filed all of the petitions, schedules, lists, motions, applications, and other papers or documents advisable, appropriate, convenient, desirable or necessary in connection with the foregoing; and (iii) to conduct the restructuring and execute all documents or papers necessary or desirable to effectuate the proposed restructuring; and further

*Retention of Professionals*

**RESOLVED**, that the Board hereby authorizes and directs the Authorized Representative, in the name and on behalf of the Debtors, to employ any individual and/or firm as counsel, professionals, consultants or financial advisors to the Debtors as the Authorized Representative may deem advisable, appropriate, convenient, desirable or necessary to represent and assist the Debtors in carrying out their duties under the Bankruptcy Code and any other applicable law; and further

**RESOLVED**, that the Authorized Representative is authorized, directed, and empowered in the name of, and on behalf of the Debtors, to employ Stout Risius Ross, LLC ("**Stout**") as financial advisors to represent and assist the Debtors in carrying out their duties under the Bankruptcy Code, and to take any and all actions to advance the rights and obligations of the Debtors; and in connection therewith, the Authorized Representative is authorized and directed, in the name and on behalf of the Debtors, to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the Petitions and to cause to be filed an appropriate application to retain the services of Stout; and further

**RESOLVED**, that the Authorized Representative is authorized, directed, and empowered in the name of, and on behalf of the Debtors, to employ the law firm of Dykema Gossett PLLC ("**Dykema**") to represent the Debtors as general bankruptcy counsel and to represent and assist the Debtors in carrying out their duties under the Bankruptcy Code, and to take any and all actions to advance the rights and obligations of the Debtors, including the preparation of pleadings and filings in the Chapter 11 Cases; and in connection therewith, the Authorized Representative is authorized and directed, in the name and on behalf of the Debtors, to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the Petitions and to cause to be filed an appropriate application for authority to retain the services of Dykema; and further

**RESOLVED**, that the Authorized Representative is authorized, directed, and empowered in the name of, and on behalf of the Debtors, to employ the law firm of Cokinos | Young ("**Cokinos**") to represent the Debtors as conflicts counsel and to represent and assist the Debtors in carrying out their duties under the Bankruptcy Code, and to take any and all actions to advance the rights and obligations of the Debtors, including the preparation of pleadings and filings in the Chapter 11 Cases for matters that Debtors' general counsel has potential conflicts; and in connection therewith, the Authorized Representative is authorized and directed, in the name and on behalf of the Debtors, to execute appropriate retention agreements and to cause to be filed an appropriate application for authority to retain the services of Cokinos; and further

**RESOLVED**, that the Authorized Representative is authorized, directed, and empowered in the name of, and on behalf of the Debtors, to employ Gordian Group, LLC ("**Gordian**") as

investment banker to represent and assist the Debtors in carrying out their duties under the Bankruptcy Code, and to take any and all actions to advance the rights and obligations of the Debtors; and in connection therewith, the Authorized Representative is authorized and directed, in the name and on behalf of the Debtors, to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the Petitions and to cause to be filed an appropriate application to retain the services of Gordian; and further

**RESOLVED**, that the Authorized Representative is authorized, directed, and empowered in the name of, and on behalf of the Debtors, to employ Donlin, Recano & Company, LLC ("**DRC**") as claims, noticing and solicitation agent to represent and assist the Debtors in carrying out their duties under the Bankruptcy Code, and to take any and all actions to advance the rights and obligations of the Debtors; and in connection therewith, the Authorized Representative, with power of delegation, is hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers, and to cause to be filed an appropriate application for authority to retain the services of DRC; and further

*General Resolutions*

**RESOLVED**, that in addition to the specific authorizations heretofore conferred and directed upon the Subsidiaries of the Company, the Subsidiaries and each of their officers, directors or other agents are authorized and directed to take all actions necessary and appropriate to effectuate the foregoing resolutions, including, for the avoidance of doubt preparing the Petitions and filing the Chapter 11 Case of the Subsidiaries; and further,

**RESOLVED**, that in addition to the specific authorizations heretofore conferred and directed, the Authorized Representative be, and hereby is, authorized and empowered, in the name of and behalf of the Debtors, to take or cause to be taken any and all such other and further action, and to execute, acknowledge, deliver, and file any and all such agreements, certificates, instruments, and other documents and to pay all expenses, including but not limited to filing fees, in each as in such Authorized Representative's judgment, shall be necessary, appropriate, desirable, or proper in order to fully carry out the intent and accomplish the purposes of these resolutions adopted herein; and further,

**RESOLVED**, that all acts, actions, and transactions relating to the matters contemplated by the foregoing resolutions done in the name of and on behalf of the Company and Subsidiaries, which acts would have been approved by the foregoing resolutions except that such acts were taken before the adoption of these resolutions, are hereby in all respects approved, confirmed, and ratified as the true acts and deeds of the Company and its Subsidiaries with the same force and effect as if each such act, transaction, agreement, or certificate has been specifically authorized in advance by resolution of the Board.

\* \* \*

| Fill in this information to identify the case and this filing: |
|---|
| Debtor Name: Dynacq Healthcare, Inc. |
| United States Bankruptcy Court for the: Southern District of Texas (State) |
| Case number (If known): _____ |

Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors 12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.** Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* ____
- ☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 12/8/25
MM / DD / YYYY

✖ /s/ Dr. Eric Chan
Signature of individual signing on behalf of debtor

Dr. Eric Chan
Printed name

Chief Executive Office and President
Position or relationship to debtor

Official Form 202    **Declaration Under Penalty of Perjury for Non-Individual Debtors**