**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| IN RE: | Chapter 11 |
| DYNACQ HEALTHCARE, INC., *et al.* | Case No. 25-90798 (ARP) |
| Debtors.[1] | (Jointly Administered) |

**NOTICE OF SELECTION OF**
**WINNING BIDDER AND CANCELLATION OF AUCTION**
**(Related to Docket No. 100)**

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

1.      On January 13, 2026, the Court held the Bidding Procedures Hearing and entered the *Order (I) Approving (A) Bidding Procedures; (B) Assumption and Assignment Procedures; and (C) Stalking Horse Procedures and Bid Protections; (II) Scheduling Bid Deadline, Auction Date, and Sale Hearing Date; (III) Approving Forms of Notice Thereof; and (IV) Granting Related Relief* [Docket No. 100] (the "Bidding Procedures Order")[2] which among other things, approved procedures by which the Debtors were authorized to conduct a marketing and auction process for the sale of substantially all of the Debtors' assets (the "Assets" or "Purchased Assets") through one or more transactions (a "Sale Transaction").

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are: Dynacq Healthcare, Inc. [5477]; Vista Community Medical Center, L.L.P. [0805]; Vista Land & Equipment, L.L.C.[2625]; Doctors Practice Management, Inc. [5545]; Surgery Specialty Clinicians, Inc. [9216]; Vista Hospital of Dallas, L.L.P. [3122]; and, Ambulatory Infusion Therapy Specialists, Inc. [7422].

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Bidding Procedures Order.

1

127421.000002 4897-1980-2000.1

2.      Pursuant to the Bidding Procedures Order, the Bid Deadline was 5:00 p.m. (prevailing Central Time) on February 10, 2025. After expiration of the Bid Deadline, the Debtors selected the Stalking Horse Purchaser[3] as the Winning Bidder for the Debtors' Assets.

3.      No other Qualified Bids were submitted by the Bid Deadline. Accordingly, the Auction scheduled for February 18, 2025 at 10:00 a.m. (prevailing Central Time) has been **cancelled**.[4]

4.      A hearing (the "Sale Hearing") shall be held before the Honorable Alfredo R. Pérez, United States Bankruptcy Judge, at the United States Bankruptcy Court for the Southern District of Texas on **March 9, 2025 at 9:00 a.m. (prevailing Central Time)**, or as soon thereafter as counsel may be heard. The Debtors shall appear before the Court at the Sale Hearing and seek entry of an order: (a) authorizing the sale of the designated Purchased Assets by the Debtors to the Winning Bidder; (b) authorizing the assumption and assignment of certain executory contracts and unexpired leases; and (c) granting certain related relief in connection with the Sale Transaction. Unless the Court orders otherwise, the Sale Hearing shall be an evidentiary hearing on matters related to the sale, and there will be no further bidding at the Sale Hearing.

5.      This Notice is subject to the full terms and conditions of the Bidding Procedures Order, which shall control in the event of any conflict, and the Debtors encourage all parties in interest to review such documents in their entirety. Additional information regarding the Sale Transaction, including copies of the Sale Motion, the Bidding Procedures Order and the Stalking Horse Agreement, is available by contacting Debtors' counsel using the contact information

---

[3] *See* Notice of Selection of Stalking Horse Purchaser [Docket No. 156].

[4] *See* Bidding Procedures, ¶ 19 ("If the Debtors do not receive any Qualified Bids, other than a Stalking Horse Bid (if any), the Debtors will not hold the Auction and the applicable Stalking Horse Purchaser will be named the Winning Bidder upon the expiration of the Bid Deadline.").

127421.000002 4897-1980-2000.1

below, or by visiting the website of the Debtors' Chapter 11 Cases established by the Debtors'

claims and noticing agent at the following link: https://www.bankruptcy.angeiongroup.com/dhi.

Dated: February 18, 2026

Respectfully submitted,

**DYKEMA GOSSETT PLLC**

By:  /s/ *Dominique A. Douglas*
William Hotze
TX State Bar No. 24087754
Nicholas Zugaro
TX State Bar No. 24070905
Dominique A. Douglas
Texas State Bar No. 24134409
5 Houston Center
1401 McKinney Street, Suite 1625
Houston, Texas 77010
Telephone: (713) 904-6900
Email: whotze@dykema.com
        nzugaro@dykema.com
        ddouglas@dykema.com

**COUNSEL FOR THE DEBTORS AND DEBTORS IN POSSESSION**

## CERTIFICATE OF SERVICE

I hereby certify that on February 18, 2026, a true and correct copy of the foregoing Notice was served via the Court's CM/ECF system to all parties consenting to service through the same.

/s/ *Dominique A. Douglas*
Dominique A. Douglas

3

127421.000002 4897-1980-2000.1