# UNITED STATES BANKRUPTCY COURT

SOUTHERN   DISTRICT OF   TEXAS

HOUSTON DIVISION

| | | |
|---|---|---|
| In Re. DYNACQ HEALTHCARE, INC. | § | Case No. 25-90798 |
| | § | |
| | § | Lead Case No. 25-90798 |
| Debtor(s) | § | |

☒ Jointly Administered

# Monthly Operating Report
Chapter 11

Reporting Period Ended: 01/31/2026    Petition Date: 12/08/2025

Months Pending: 2    Industry Classification: 6 2 2 1

Reporting Method:    Accrual Basis ◉    Cash Basis ○

Debtor's Full-Time Employees (current):    0

Debtor's Full-Time Employees (as of date of order for relief):    0

**Supporting Documentation** (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

☒ Statement of cash receipts and disbursements
☒ Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
☒ Statement of operations (profit or loss statement)
☐ Accounts receivable aging
☐ Postpetition liabilities aging
☐ Statement of capital assets
☐ Schedule of payments to professionals
☒ Schedule of payments to insiders
☐ All bank statements and bank reconciliations for the reporting period
☐ Description of the assets sold or transferred and the terms of the sale or transfer

/s/ Eric Chan
Signature of Responsible Party

02/20/2026
Date

Eric Chan
Printed Name of Responsible Party

4301 Vista Rd, Pasadena, Texas 77504
Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

Debtor's Name DYNACQ HEALTHCARE, INC.                                    Case No.  25-90798

| Part 1: Cash Receipts and Disbursements | Current Month | Cumulative |
|---|---|---|
| a. Cash balance beginning of month | $1,471,059 | |
| b. Total receipts (net of transfers between accounts) | $1,483,026 | $3,462,516 |
| c. Total disbursements (net of transfers between accounts) | $765,564 | $1,273,995 |
| d. Cash balance end of month (a+b-c) | $2,188,521 | |
| e. Disbursements made by third party for the benefit of the estate | $0 | $0 |
| f. Total disbursements for quarterly fee calculation (c+e) | $765,564 | $1,273,995 |

| Part 2:  Asset and Liability Status (Not generally applicable to Individual Debtors. See Instructions.) | Current Month |
|---|---|
| a. Accounts receivable (total net of allowance) | $0 |
| b. Accounts receivable over 90 days outstanding (net of allowance) | $0 |
| c. Inventory     (Book ○   Market ○   Other ◉   (attach explanation)) | $0 |
| d  Total current assets | $0 |
| e. Total assets | $0 |
| f. Postpetition payables (excluding taxes) | $0 |
| g. Postpetition payables past due (excluding taxes) | $0 |
| h. Postpetition taxes payable | $0 |
| i. Postpetition taxes past due | $0 |
| j. Total postpetition debt (f+h) | $0 |
| k. Prepetition secured debt | $0 |
| l. Prepetition priority debt | $0 |
| m. Prepetition unsecured debt | $0 |
| n. Total liabilities (debt) (j+k+l+m) | $0 |
| o. Ending equity/net worth (e-n) | $0 |

| Part 3:  Assets Sold or Transferred | Current Month | Cumulative |
|---|---|---|
| a. Total cash sales price for assets sold/transferred outside the ordinary course of business | $0 | $0 |
| b. Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | $0 | $0 |
| c. Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | $0 | $0 |

| Part 4: Income Statement (Statement of Operations) (Not generally applicable to Individual Debtors. See Instructions.) | Current Month | Cumulative |
|---|---|---|
| a. Gross income/sales (net of returns and allowances) | $0 | |
| b. Cost of goods sold (inclusive of depreciation, if applicable) | $0 | |
| c. Gross profit (a-b) | $0 | |
| d. Selling expenses | $0 | |
| e. General and administrative expenses | $0 | |
| f. Other expenses | $0 | |
| g. Depreciation and/or amortization (not included in 4b) | $0 | |
| h. Interest | $0 | |
| i. Taxes (local, state, and federal) | $0 | |
| j. Reorganization items | $200,000 | |
| k. Profit (loss) | $-200,000 | $-200,000 |

UST Form 11-MOR (12/01/2021)                                    2

Debtor's Name  DYNACQ HEALTHCARE, INC.                                    Case No.  25-90798

## Part 5:  Professional Fees and Expenses

| | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|
| a. | Debtor's professional fees & expenses (bankruptcy)  *Aggregate Total* | | $200,000 | $200,000 | $200,000 | $200,000 |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| i | Stout Risius Ross, LLC | Financial Professional | $0 | $0 | $0 | $0 |
| ii | Dykema Gossett PLLC | Lead Counsel | $0 | $0 | $0 | $0 |
| iii | DIP Lender Legal | Other | $0 | $0 | $0 | $0 |
| iv | Donlin Recano & Co. | Other | $0 | $0 | $0 | $0 |
| v | Gordian Group, LLC | Financial Professional | $200,000 | $200,000 | $200,000 | $200,000 |
| vi | Cokinos Young | Other | $0 | $0 | $0 | $0 |
| vii | | | | | | |
| viii | | | | | | |
| ix | | | | | | |
| x | | | | | | |
| xi | | | | | | |
| xii | | | | | | |
| xiii | | | | | | |
| xiv | | | | | | |
| xv | | | | | | |
| xvi | | | | | | |
| xvii | | | | | | |
| xviii | | | | | | |
| xix | | | | | | |
| xx | | | | | | |
| xxi | | | | | | |
| xxii | | | | | | |
| xxiii | | | | | | |
| xxiv | | | | | | |
| xxv | | | | | | |
| xxvi | | | | | | |
| xxvii | | | | | | |
| xxviii | | | | | | |
| xxix | | | | | | |
| xxx | | | | | | |
| xxxi | | | | | | |
| xxxii | | | | | | |
| xxxiii | | | | | | |
| xxxiv | | | | | | |
| xxxv | | | | | | |
| xxxvi | | | | | | |

Debtor's Name DYNACQ HEALTHCARE, INC.                                    Case No.  25-90798

| | | | | | | |
|---|---|---|---|---|---|---|
| xxxvii | | | | | | |
| xxxvii | | | | | | |
| xxxix | | | | | | |
| xl | | | | | | |
| xli | | | | | | |
| xlii | | | | | | |
| xliii | | | | | | |
| xliv | | | | | | |
| xlv | | | | | | |
| xlvi | | | | | | |
| xlvii | | | | | | |
| xlviii | | | | | | |
| xlix | | | | | | |
| l | | | | | | |
| li | | | | | | |
| lii | | | | | | |
| liii | | | | | | |
| liv | | | | | | |
| lv | | | | | | |
| lvi | | | | | | |
| lvii | | | | | | |
| lviii | | | | | | |
| lix | | | | | | |
| lx | | | | | | |
| lxi | | | | | | |
| lxii | | | | | | |
| lxiii | | | | | | |
| lxiv | | | | | | |
| lxv | | | | | | |
| lxvi | | | | | | |
| lxvii | | | | | | |
| lxviii | | | | | | |
| lxix | | | | | | |
| lxx | | | | | | |
| lxxi | | | | | | |
| lxxii | | | | | | |
| lxxiii | | | | | | |
| lxxiv | | | | | | |
| lxxv | | | | | | |
| lxxvi | | | | | | |
| lxxvii | | | | | | |
| lxxviii | | | | | | |

UST Form 11-MOR (12/01/2021)                                    4

Debtor's Name  DYNACQ HEALTHCARE, INC.                                      Case No.  25-90798

| | | | | | | |
|---|---|---|---|---|---|---|
| | lxxix | | | | | |
| | lxxx | | | | | |
| | lxxxi | | | | | |
| | lxxxii | | | | | |
| | lxxxiii | | | | | |
| | lxxxiv | | | | | |
| | lxxxv | | | | | |
| | lxxxvi | | | | | |
| | lxxxvi | | | | | |
| | lxxxvi | | | | | |
| | lxxxix | | | | | |
| | xc | | | | | |
| | xci | | | | | |
| | xcii | | | | | |
| | xciii | | | | | |
| | xciv | | | | | |
| | xcv | | | | | |
| | xcvi | | | | | |
| | xcvii | | | | | |
| | xcviii | | | | | |
| | xcix | | | | | |
| | c | | | | | |
| | ci | | | | | |

| | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|
| b. | Debtor's professional fees & expenses (nonbankruptcy)  *Aggregate Total* | | $0 | $0 | $0 | $0 |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| | i | | $0 | $0 | $0 | $0 |
| | ii | | | | | |
| | iii | | | | | |
| | iv | | | | | |
| | v | | | | | |
| | vi | | | | | |
| | vii | | | | | |
| | viii | | | | | |
| | ix | | | | | |
| | x | | | | | |
| | xi | | | | | |
| | xii | | | | | |
| | xiii | | | | | |
| | xiv | | | | | |

UST Form 11-MOR (12/01/2021)                          5

Debtor's Name  DYNACQ HEALTHCARE, INC.                                        Case No.  25-90798

| | | | | | | |
|---|---|---|---|---|---|---|
| xv | | | | | | |
| xvi | | | | | | |
| xvii | | | | | | |
| xviii | | | | | | |
| xix | | | | | | |
| xx | | | | | | |
| xxi | | | | | | |
| xxii | | | | | | |
| xxiii | | | | | | |
| xxiv | | | | | | |
| xxv | | | | | | |
| xxvi | | | | | | |
| xxvii | | | | | | |
| xxviii | | | | | | |
| xxix | | | | | | |
| xxx | | | | | | |
| xxxi | | | | | | |
| xxxii | | | | | | |
| xxxiii | | | | | | |
| xxxiv | | | | | | |
| xxxv | | | | | | |
| xxxvi | | | | | | |
| xxxvii | | | | | | |
| xxxvii | | | | | | |
| xxxix | | | | | | |
| xl | | | | | | |
| xli | | | | | | |
| xlii | | | | | | |
| xliii | | | | | | |
| xliv | | | | | | |
| xlv | | | | | | |
| xlvi | | | | | | |
| xlvii | | | | | | |
| xlviii | | | | | | |
| xlix | | | | | | |
| l | | | | | | |
| li | | | | | | |
| lii | | | | | | |
| liii | | | | | | |
| liv | | | | | | |
| lv | | | | | | |
| lvi | | | | | | |

UST Form 11-MOR (12/01/2021)                                    6

Debtor's Name DYNACQ HEALTHCARE, INC.                    Case No.  25-90798

| | | | | | | |
|---|---|---|---|---|---|---|
| lvii | | | | | | |
| lviii | | | | | | |
| lix | | | | | | |
| lx | | | | | | |
| lxi | | | | | | |
| lxii | | | | | | |
| lxiii | | | | | | |
| lxiv | | | | | | |
| lxv | | | | | | |
| lxvi | | | | | | |
| lxvii | | | | | | |
| lxviii | | | | | | |
| lxix | | | | | | |
| lxx | | | | | | |
| lxxi | | | | | | |
| lxxii | | | | | | |
| lxxiii | | | | | | |
| lxxiv | | | | | | |
| lxxv | | | | | | |
| lxxvi | | | | | | |
| lxxvii | | | | | | |
| lxxviii | | | | | | |
| lxxix | | | | | | |
| lxxx | | | | | | |
| lxxxi | | | | | | |
| lxxxii | | | | | | |
| lxxxiii | | | | | | |
| lxxxiv | | | | | | |
| lxxxv | | | | | | |
| lxxxvi | | | | | | |
| lxxxvi | | | | | | |
| lxxxvi | | | | | | |
| lxxxix | | | | | | |
| xc | | | | | | |
| xci | | | | | | |
| xcii | | | | | | |
| xciii | | | | | | |
| xciv | | | | | | |
| xcv | | | | | | |
| xcvi | | | | | | |
| xcvii | | | | | | |
| xcviii | | | | | | |

UST Form 11-MOR (12/01/2021)                    7

Debtor's Name  DYNACQ HEALTHCARE, INC.                                    Case No.  25-90798

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | xcix | | | | | | |
| | c | | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | $200,000 | $200,000 | $200,000 | $200,000 |

### Part 6:  Postpetition Taxes

| | Current Month | Cumulative |
|---|---|---|
| a. Postpetition income taxes accrued (local, state, and federal) | $0 | $0 |
| b. Postpetition income taxes paid (local, state, and federal) | $0 | $0 |
| c. Postpetition employer payroll taxes accrued | $0 | $0 |
| d. Postpetition employer payroll taxes paid | $0 | $0 |
| e. Postpetition property taxes paid | $0 | $0 |
| f. Postpetition other taxes accrued (local, state, and federal) | $0 | $0 |
| g. Postpetition other taxes paid (local, state, and federal) | $0 | $0 |

### Part 7: Questionnaire - During this reporting period:

a. Were any payments made on prepetition debt?  (if yes, see Instructions)  Yes ○  No ●

b. Were any payments made outside the ordinary course of business without court approval?  (if yes, see Instructions)  Yes ○  No ●

c. Were any payments made to or on behalf of insiders?  Yes ○  No ●

d. Are you current on postpetition tax return filings?  Yes ○  No ●

e. Are you current on postpetition estimated tax payments?  Yes ●  No ○

f. Were all trust fund taxes remitted on a current basis?  Yes ●  No ○

g. Was there any postpetition borrowing, other than trade credit? (if yes, see Instructions)  Yes ●  No ○

h. Were all payments made to or on behalf of professionals approved by the court?  Yes ●  No ○  N/A ○

i. Do you have:   Worker's compensation insurance?  Yes ●  No ○

   If yes, are your premiums current?  Yes ●  No ○  N/A ○  (if no, see Instructions)

   Casualty/property insurance?  Yes ●  No ○

   If yes, are your premiums current?  Yes ●  No ○  N/A ○  (if no, see Instructions)

   General liability insurance?  Yes ●  No ○

   If yes, are your premiums current?  Yes ●  No ○  N/A ○  (if no, see Instructions)

j. Has a plan of reorganization been filed with the court?  Yes ○  No ●

k. Has a disclosure statement been filed with the court?  Yes ○  No ●

l. Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930?  Yes ●  No ○

UST Form 11-MOR (12/01/2021)                    8

Debtor's Name  DYNACQ HEALTHCARE, INC.                                    Case No.  25-90798

## Part 8: Individual Chapter 11 Debtors (Only)

| | | |
|---|---|---:|
| a. | Gross income (receipts) from salary and wages | $0 |
| b. | Gross income (receipts) from self-employment | $0 |
| c. | Gross income from all other sources | $0 |
| d. | Total income in the reporting period (a+b+c) | $0 |
| e. | Payroll deductions | $0 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $0 |
| h. | All other expenses | $0 |
| i. | Total expenses in the reporting period (e+f+g+h) | $0 |
| j. | Difference between total income and total expenses (d-i) | $0 |
| k. | List the total amount of all postpetition debts that are past due | $0 |

l. Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)?    Yes ◯  No ⦿

m. If yes, have you made all Domestic Support Obligation payments?    Yes ◯  No ◯  N/A ⦿

### Privacy Act Statement

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6). The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith. This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).


**I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.**


/s/ Eric Chan
_____
Signature of Responsible Party

CEO
_____
Title

Eric Chan
_____
Printed Name of Responsible Party

02/20/2026
_____
Date

UST Form 11-MOR (12/01/2021)                    9

Debtor's Name  DYNACQ HEALTHCARE, INC.                    Case No.  25-90798



PageOnePartOne

PageOnePartTwo

PageTwoPartOne

PageTwoPartTwo

Debtor's Name  DYNACQ HEALTHCARE, INC.                                    Case No.  25-90798



Bankruptcy1to50



Bankruptcy51to100



NonBankruptcy1to50



NonBankruptcy51to100

Debtor's Name DYNACQ HEALTHCARE, INC.                                      Case No.  25-90798



PageThree



PageFour

**Case Name: Dynacq Healthcare, Inc., et al.**

Case No: 25-90798

Statement of Cash Receipts and Disbursements

*(shown in USD)*

| Part 1: Cash Receipts & Disbursements | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | **Jan-26** | | | | | | | | **Total** |
| | **Dynacq** | **VCMC** | **AIT** | **VLE** | **SSC** | **VHD** | **DPM** | | **January** |
| **Receipts:** | | | | | | | | | |
| Operating Receipts | - | 241 | - | - | - | - | - | | 241 |
| Other Receipts | 233,026 | 0.33 | - | - | - | - | - | | 233,026.17 |
| DIP Advance/(Paydown) | 1,250,000 | - | - | - | - | - | - | | 1,250,000 |
| Sale Proceeds | - | - | - | - | - | - | - | | - |
| **Total Cash Receipts** | **1,483,026** | **241** | **-** | **-** | **-** | **-** | **-** | | **1,483,267** |
| | | | | | | | | | |
| **Disbursements:** | | | | | | | | | |
| Supplies and Services | 13,932 | - | - | - | - | - | - | | 13,932 |
| Insurance | 32,954 | - | - | - | - | - | - | | 32,954 |
| Payroll & Benefits | 64,286 | - | - | - | - | - | - | | 64,286 |
| Rental and Leases | - | - | - | - | - | - | - | | - |
| Taxes | 4,517 | - | - | - | - | - | - | | 4,517 |
| Repairs and Maintenance | 123,050 | - | - | - | - | - | - | | 123,050 |
| Utilities | - | - | - | - | - | - | - | | - |
| Other Miscellaneous Expenses | 291 | 187 | 12 | 25 | 12 | - | - | | 527 |
| Ordinary Course Professionals | - | - | - | - | - | - | - | | - |
| Other Non-Operating Disbursements | - | - | - | - | - | - | - | | - |
| Debt Paydown | - | - | - | - | - | - | - | | - |
| Ch. 11 Professional Fees | - | - | - | - | - | - | - | | - |
| Ch. 11 Professional Fees - UCC | - | - | - | - | - | - | - | | - |
| US Trustee Fees | 3,534 | - | - | - | - | - | - | | 3,534 |
| DIP Interest & Fees | - | - | - | - | - | - | - | | - |
| Utility Deposits | - | - | - | - | - | - | - | | - |
| Professional Fee Escrow - Net | 523,000 | - | - | - | - | - | - | | 523,000 |
| **Total Cash Disbursements** | **765,564** | **187** | **12** | **25** | **12** | **-** | **-** | | **765,800** |

**Case Name: Dynacq Healthcare, Inc., et al.**
**Case No: 25-90798**
Period: As of 1/31/2026
*(shown in USD)*

| | Balance Sheet | | | | | | |
|---|---|---|---|---|---|---|---|
| | Dynacq Healthcare, Inc. | Vista Community Medical Center, L.L.P. | Ambulatory Infusion Therapy Specialist, Inc. | Vista Land & Equipment, LLC | Surgery Specialty Clinicians, Inc. | Vista Hospital of Dallas, LLP | Doctors Practice Management, Inc. |
| **ASSETS** | | | | | | | |
| **CURRENT ASSETS** | | | | | | | |
| Cash and Equivalents | $           - | $    2,640,309 | $            213 | $             13 | $            283 | $            - | $            - |
| Accounts Receivable | - | 57,381 | - | - | - | - | - |
| Inventory | - | 30,000 | - | - | - | - | - |
| Prepaids and Other Current | - | (712,092) | (4,660) | - | - | - | - |
| **Total Current Assets** | $           - | $    2,015,599 | $        (4,447) | $             13 | $            283 | $            - | $            - |
| | | | | | | | |
| Long Term Assets | - | 1,457,712 | - | - | - | - | - |
| PP&E | - | - | - | 19,057,852 | - | - | - |
| Accumulated Depreciation | - | - | - | (15,718,311) | - | - | - |
| **Total Assets** | $           - | $    3,473,311 | $        (4,447) | $    3,339,553 | $            283 | $            - | $            - |
| | | | | | | | |
| **LIABILITIES & EQUITY** | | | | | | | |
| **LIABILITIES** | | | | | | | |
| Accounts Payable | - | 5,018,922 | 20,523 | - | 37,791 | - | - |
| Wages Payable | - | 313,417 | 108,898 | - | 9,958 | - | - |
| Other Liabilities | - | 8,909,557 | - | 959,263 | - | - | - |
| Intercompany Liabilities | - | (110,460) | 11,324,566 | (57,229,477) | 6,775,009 | - | - |
| **Total Liabilities** | $           - | $   14,131,436 | $   11,453,986 | $  (56,270,214) | $    6,822,758 | $            - | $            - |
| | | | | | | | |
| **SHAREHOLDERS EQUITY** | | | | | | | |
| Common Stock | - | 1,200,000 | 1,000 | 1,000 | 10 | - | - |
| Retained Earnings | - | (10,655,332) | (11,244,105) | 60,704,737 | (6,822,485) | - | - |
| Other Equity | - | (1,202,793) | (215,329) | (1,095,970) | - | - | - |
| **Total Shareholders Equity** | $           - | $  (10,658,124) | $  (11,458,433) | $   59,609,767 | $   (6,822,475) | $            - | $            - |
| | | | | | | | |
| **Total Liabilities and Equity** | $           - | $    3,473,311 | $        (4,447) | $    3,339,553 | $            283 | $            - | $            - |

**Case Name: Dynacq Healthcare, Inc., et al.**
**Case No: 25-90798**
Period: 1/1/2026 - 1/31/2026
*(shown in USD)*

| | Statement of Operations (Profit / Loss Statement) | | | | | | |
|---|---|---|---|---|---|---|---|
| | Dynacq Healthcare, Inc. | Vista Community Medical Center, L.L.P. | Ambulatory Infusion Therapy Specialist, Inc. | Vista Land & Equipment, LLC | Surgery Specialty Clinicians, Inc. | Vista Hospital of Dallas, LLP | Doctors Practice Management, Inc. |
| **Revenue** | | | | | | | |
| Contractual/Adjustments | $ - | - | $ - | $ - | $ - | $ - | $ - |
| **Total Revenue** | $ - | - | $ - | $ - | $ - | $ - | $ - |
| | | | | | | | |
| **Cost of Services** | | | | | | | |
| Contract Services and Professionals | - | 476,026 | - | - | - | - | - |
| **Total Cost of Services** | $ - | 476,026 | $ - | $ - | $ - | $ - | $ - |
| **Gross Margin** | $ - | (476,026) | $ - | $ - | $ - | $ - | $ - |
| | | | | | | | |
| **SG&A Expenses** | | | | | | | |
| Total Labor & Benefits | - | 38,356 | 20,275 | - | - | - | - |
| Total Rentals and Leases | - | 320,701 | - | - | - | - | - |
| Total Supplies | - | 2,549 | - | - | - | - | - |
| Total Repairs and Maintenance | - | (108,393) | - | - | - | - | - |
| Total Utilities | - | 9,038 | - | - | - | - | - |
| Depreciation & Amortization | - | - | - | 29,742 | - | - | - |
| Total Insurance | - | 17,903 | - | - | - | - | - |
| **Total SG&A** | $ - | 280,155 | $ 20,275 | $ 29,742 | $ - | $ - | $ - |
| **Operating Income** | $ - | (756,181) | $ (20,275) | $ (29,742) | $ - | $ - | $ - |
| | | | | | | | |
| Total Other Expenses | - | 109,218 | 12 | 26,325 | 12 | - | - |
| **Total Other Expenses** | $ - | (109,218) | $ (12) | $ (26,325) | $ (12) | $ - | $ - |
| | | | | | | | |
| Miscellaneous Income | - | - | - | - | - | - | - |
| Rental Income | - | - | - | 314,841 | - | - | - |
| Interest Income | - | 43 | - | - | - | - | - |
| **Total Other Income** | $ - | 43 | $ - | $ 314,840.94 | $ - | $ - | $ - |
| | | | | | | | |
| Taxes | . | 513 | 276 | 32,000 | - | - | - |
| **Total Taxes** | $ - | (513) | $ (276) | $ (32,000) | $ - | $ - | $ - |
| | | | | | | | |
| **Net Income** | $ - | (865,869) | $ (20,563) | $ 226,774 | $ (12) | $ - | $ - |

**Case Name: Dynacq Healthcare, Inc., et al.**

**Case No: 25-90798**

Period: 1/1/2026 - 1/31/2026

*(shown in USD)*

| Summary of Payments to Insiders | | | | |
|---|---|---|---|---|
| **Insider Name** | **Paid Date** | **Paid Amount** | **Reasoning** | **Debtor** |
| Hemant Khemka | 1/30/2026 | $ 7,692.00 | Salary | Vista Community Medical Center, L.L.P. |
| Eric Chan | 1/30/2026 | $ 16,510.72 | Salary | Ambulatory Infusion Therapy Specialist, Inc. |
| Eric Chan | 1/30/2026 | $ 3,588.93 | Business Expense Reimbursements | Ambulatory Infusion Therapy Specialist, Inc. |
| Hemant Khemka | 1/15/2026 | $ 7,692.00 | Salary | Vista Community Medical Center, L.L.P. |
| **Total Insider Payments** | | **$ 35,483.65** | | |

**Case Name: Dynacq Healthcare, Inc., et al.**
**Case No: 25-90798**

| Notes to Monthly Operating Report | |
|---|---|
| **MOR Part** | **Note:** |
| Part 1 | The cash receipts and disbursements present the activity for 1/1/2026 – 1/31/2026. The Debtors maintained six (6) pre-petition bank accounts prior to the Petition Date. Going forward, all cash activity is being processed solely through the new post-petition operating bank account opened with East West Bank ("EWB"), which is held in the name of the Debtor entity "Dynacq Healthcare, Inc." <br><br> Please note that certain intercompany transfers, adequate assurance deposits, and the transfer of DIP Proceeds from pre-petition accounts into the new EWB post-petition account have been excluded from Part 1: Cash Receipts and Disbursements. |
| Part 2 | The Debtor's accounting team is reconciling the accounts receivable listed on the Balance Sheet. In addition, the Debtors' professionals, in coordination with the CFO, are actively working to reconcile post-petition payables. |
| Part 6 | The Debtor's accounting team is in the process of reconciling all post-petition taxes. |
| Part 7, Question G | The Debtors, upon entry of an Order (see Docket No. 84), are authorized to obtain post petition financing consisting of a multi-draw term loan facility in the aggregate principal amount of $5,000,000 (the "DIP Facility") comprised of, upon entry of the DIP Orders, $2 million of new money DIP Loans, and upon entry of the DIP Orders , an additional $3 million of new money DIP Loans (for a total of $5 million of new money DIP Loans). This order assigns Caliburn Capital, LLC, as administrative agent (in such capacity, the "DIP Agent"), and the lenders party thereto (the "DIP Lenders" and together with the DIP Agent, the "DIP Secured Parties"). In December, the Debtors drew $2,000,000 in funds from the DIP Facility. In January, the Debtors drew $1,500,000 in funds from the DIP Facility. |