**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

|  |  |
|---|---|
| IN RE: | Chapter 11 |
| DYNACQ HEALTHCARE, INC., *et al.* | Case No. 25-90798 (ARP) |
| Debtors.[1] | (Jointly Administered) |

**NOTICE OF CLOSING OF SALE**
**(Related to Docket No. 194)**

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

1.      On December 8, 2025, *Dynacq Healthcare, Inc.* et al., the above-captioned debtors (collectively, the "Debtors") filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Southern District of Texas, Houston Division (the "Court").

2.      After the Sale Hearing held on March 3, 2026, the Court entered its *Order (I) Approving Asset Purchase Agreement and Authorizing the Sale of the Debtors' Assets Outside the Ordinary Course of Business, (II) Authorizing the Sale of Assets Free and Clear of All Liens, Claims, Encumbrances and Interests, (III) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, and (IV) Granting Related Relief* [Docket No. 194] the "Sale Order") which, among other things, approved the terms of that certain Amended Asset Purchase Agreement (the "Amended APA") between the Debtors (collectively, the "Sellers") and

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are: Dynacq Healthcare, Inc. [5477]; Vista Community Medical Center, L.L.P. [0805]; Vista Land & Equipment, L.L.C.[2625]; Doctors Practice Management, Inc. [5545]; Surgery Specialty Clinicians, Inc. [9216]; Vista Hospital of Dallas, L.L.P. [3122]; and, Ambulatory Infusion Therapy Specialists, Inc. [7422].

1

127421.000002 4927-2717-1738.1

Gray Street BIB Credit, LLC ("GrayStreet") and Legent Hospital Northwest Houston, LLC d/b/a Legent North Houston Surgical Hospital ("Legent", and together with GrayStreet, the "Buyer") and authorized the Sale of Purchased Assets to Buyer as more fully set forth in the Amended APA. An executed copy of the Amended APA is attached hereto as **APPENDIX 1**.

3.      Among other things, the Sale Order provides that after Closing, the Debtors shall file this Notice of Closing in the Chapter 11 Cases setting forth the Closing Date of the Sale of the Purchased Assets and copies of the executed transaction documents. *See* Sale Order, ¶ 35.

4.      In accordance with the Sale Order and Amended APA, the Debtors hereby provide notice that Signing Date and the Closing Date for the Sale of the Purchased Assets and Assumed Liabilities (each as defined in the Amended APA) occurred on March 20, 2026. *See* Amended APA, introductory paragraph (defining the Effective Time). Accordingly, the Debtors hereby file the following transaction documents approved by the Court's Sale Order and executed by Buyer and Sellers as Related Agreements in connection with Closing:

| Appendix No. | Related Agreement | APA Reference |
|---|---|---|
| 2 | Bil of Sale and Assignment and Assumption Agreement [Legent] | Exhibit A-1 |
| 3 | Bill of Sale [GrayStreet] | Exhibit A-2 |
| 4 | Assignment and Assumption Agreement [GrayStreet] | Exhibit B-2 |
| 5 | Trademark Assignment Agreement [GrayStreet] | Exhibit C |
| 6 | Domain Name Transfer Agreement | Exhibit F |
| 7 | Special Warranty Deed | Exhibit F |
| 8 | Transition Service Agreement | §2.8(a)(v) |

127421.000002 4927-2717-1738.1

Dated: March 24, 2026

Respectfully submitted,

**DYKEMA GOSSETT PLLC**

By:  /s/ *Dominique A. Douglas*
William Hotze
TX State Bar No. 24087754
Dominique A. Douglas
Texas State Bar No. 24134409
5 Houston Center
1401 McKinney Street, Suite 1625
Houston, Texas 77010
Telephone: (713) 904-6900
Email: whotze@dykema.com
          nzugaro@dykema.com
          ddouglas@dykema.com

**COUNSEL FOR THE DEBTORS AND DEBTORS IN POSSESSION**

**CERTIFICATE OF SERVICE**

I hereby certify that on March 24, 2026, a true and correct copy of the foregoing Notice was served via the Court's CM/ECF system to all parties consenting to service through the same.

/s/ *Dominique A. Douglas*
Dominique A. Douglas

3

127421.000002 4927-2717-1738.1