**BILL OF SALE, ASSIGNMENT AND
ASSUMPTION AGREEMENT**

**THIS BILL OF SALE, ASSIGNMENT AND ASSUMPTION AGREEMENT** (this "Agreement") is entered into March 20, 2026, by and among Legent Hospital Northwest Houston, LLC, a Texas limited liability company d/b/a Legent North Houston Surgical Hospital (the "Legent Buyer"), on the one hand, and Vista Community Medical Center, L.L.P., a Texas limited liability partnership and Vista Land & Equipment, L.L.C., a Texas a Texas limited liability company (collectively, the "Sellers"). Legent Buyer and Sellers are referred to collectively herein as the "Parties" and individually as a "Party."

**RECITALS**

**WHEREAS**, pursuant to that certain Amended Asset Purchase Agreement, dated March 20, 2026, by and among Sellers, Legent Buyer, GrayStreet BIB Credit, LLC, and/or its designee(s) and/or assignee(s) (the "Purchase Agreement"), Sellers wish to sell, assign, transfer, convey and deliver to Legent Buyer, and Legent Buyer wishes to purchase, accept, and assume from Sellers, the Legent Assets set forth on **Exhibit A** hereto and the Assumed Liabilities to be assumed by Legent Buyer under the Purchase Agreement, subject to the terms and conditions set forth therein (the "Assignment and Assumption");

**WHEREAS**, capitalized terms used but not defined herein shall have the meanings assigned to those terms in the Purchase Agreement,

**WHEREAS**, in order to effect the Assignment and Assumption, the Parties desire to enter into this Agreement, and,

**NOW, THEREFORE**, in consideration of the premises, the mutual covenants and agreements contained herein and other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, and in furtherance of the transactions contemplated by the Purchase Agreement, the Parties agree as follows:

**AGREEMENT**

1.	Purchase Agreement.  This Agreement is subject in all respects to the terms and conditions of the Purchase Agreement.  Nothing contained in this Agreement shall be deemed to supersede any of the covenants, agreements, representations, or warranties of Sellers or Buyer contained in the Purchase Agreement.

2.	Construction.  This Agreement shall be governed by all of the provisions of the Purchase Agreement, unless the context otherwise requires, including, but not limited to, all provisions concerning construction, enforcement, and governing law

3.	Assignment and Transfer. As of the Closing Date, each Seller hereby sells, assigns, transfers, conveys, and delivers to Legent Buyer, its successors and assigns, and Legent Buyer hereby accepts, all of such Seller's right, title and interest in and to, the Legent Assets, free and clear of any Liens (other than the Hospital Permitted Liens) and Liabilities (other than the

1

applicable Assumed Liabilities), subject to the terms and conditions of the Purchase Agreement.

4.      Assumption of Liabilities. As of the Closing Date, each Seller hereby assigns to Legent Buyer and Legent Buyer hereby accepts such assignment from such Seller and assumes, the Assumed Liabilities, as applicable. Legent Buyer agrees to perform the obligations of each Seller with respect to these Assumed Liabilities that arise from and after the Closing Date.

5.      Further Acts and Assurances. Each Seller will execute and deliver from time to time hereafter, at the request of Legent Buyer, all such further instruments of conveyance, assignment and further assurances as may reasonably be required in order to vest in and confirm to Legent Buyer all of such Seller's right, title and interest in and to the Legent Assets and the Assumed Liabilities, and to otherwise carry out the provisions of this Agreement.

6.      Terms of the Purchase Agreement. The terms of the Purchase Agreement, including, but not limited to, the representations, warranties, covenants, agreements, and indemnities relating to the Legent Assets and Assumed Liabilities are incorporated herein by this reference. The Parties acknowledge and agree that the representations, warranties, covenants, agreements and indemnities contained in the Purchase Agreement shall not be modified, enlarged or superseded hereby but shall remain in full force and effect to the full extent provided therein. In the event of any conflict or inconsistency between the terms of the Purchase Agreement and the terms hereof, the terms of the Purchase Agreement shall govern.

7.      No Third Party Beneficiaries. This Agreement is for the sole benefit of the Parties and their permitted successors and assigns and nothing herein, express or implied, shall be construed to give any person, other than the Parties of such permitted successors and assigns, any legal or equitable rights hereunder.

8.      Entire Agreement. This Agreement and the Purchase Agreement constitute the entire agreement among the Parties and supersede any prior understandings, agreements, or representations by or among the Parties, written or oral, to the extent they relate in any way to the subject matter hereof.

9.      Governing Law/Venue. Section 9.8 of the Purchase Agreement is hereby incorporated herein by reference and applies, *mutatis mutandis*, to this Agreement.

10.      Counterparts. This Agreement may be executed in multiple counterparts (including by means of telecopied or PDF signature pages), each of which shall be deemed an original, but all of which together shall constitute one and the same instrument. Counterpart signatures need not be on the same page and shall be deemed effective upon receipt.

11.      Successors and Assigns. This Agreement and all of the provisions hereof shall be binding upon and inure to the benefit of the Parties and their respective successors and permitted assigns, but neither this Agreement nor any of the rights, interests or obligations hereunder shall be assigned by any of the Parties without the prior written consent of the other Parties, except that Legent Buyer may, without the prior approval of Sellers, assign its rights, interests and obligations hereunder to any Affiliate.

127421.000002 4917-4109-6594.8

12.     Amendment.    No amendment, supplement, modification, waiver, or termination of this Agreement or any provision hereof shall be binding unless executed in writing by the Parties to be bound thereby.  No waiver of any of the provisions of this Agreement shall constitute a waiver of any other provision (whether or not similar), nor shall such waiver constitute a continuing waiver unless otherwise expressly provided.

13.     Waiver.  Neither the failure of any Party hereto to exercise any right, power, or remedy provided under this Agreement or to insist upon compliance by any other Party with its obligations hereunder, nor any custom or practice of the Parties at variance with the terms hereof shall constitute a waiver by such Party of its right to exercise any such right, power, or remedy or to demand such compliance.

14.     Counterparts.    This Agreement may be executed in one or more counterparts, each of which will be deemed to be an original copy of this Agreement, and all of which, when taken together, shall constitute one and the same instrument.  Any counterpart may be delivered by facsimile or other electronic means; *provided, however*, that attachment of a facsimile or other electronic counterpart to this Agreement shall constitute the representation and warranty of the person delivering the facsimile or other electronic signature that such person has full power and authority to attach such signature and to deliver this Agreement.

*******

127421.000002 4917-4109-6594.8

**IN WITNESS WHEREOF,** the Parties have executed this Agreement as of the date first written above.

**SELLERS:**

VISTA COMMUNITY MEDICAL
CENTER, L.L.P.

By: _____
Name: Dr. Eric Chan
Title: President and Chief Executive Officer

VISTA LAND & EQUIPMENT, L.L.C.

By: _____
Name: Dr. Eric Chan
Title: President and Chief Executive Officer

**LEGENT BUYER:**

LEGENT HOSPITAL NORTHWEST
HOUSTON, LLC

By: _____
Name: Jordan Fowler
Title:   Chief Executive Officer

[Signature Page to Bill of Sale (Legent Assets)]

127421.000002 4917-4109-6594.6

## EXHIBIT A

## LEGENT ASSETS

1. All tangible personal property, including:
   a. Furniture
   b. Equipment
   c. Drugs
   d. Inventory
   e. Medical supplies

2. All intangibles, including:
   a. Trademarks
   b. Trade names
   c. Logos
   d. Patents
   e. Copyrights
   f. Applications for any of the above
   g. Other similar intellectual property rights

3. All of the following permits, licenses, registrations, provider numbers and approvals, including all surveys, records, cost reports, other regulatory filings, and provider agreements related thereto, as permitted by law:

| License /Provider Number | Licensee Name & Address | License Number | Issue Date | Expiration Date |
|---|---|---|---|---|
| Medicare ID | Vista Community Medical Center, L.L.P.  4301 Vista Road, Pasadena, TX 77504 | 450831 | 07/07/20 10 | None |
| NPI | Vista Community | 18917187 89 | 07/25/20 06 | None |

1

127421.000002  4917-4109-6594.8

| License /Provider Number | Licensee Name & Address | License Number | Issue Date | Expiration Date |
|---|---|---|---|---|
| | Medical Center, L.L.P.<br><br>4301 Vista Road, Pasadena, TX 77504 | | | |
| Texas Department of State Health Services ("TDSHS")<br><br>Hospital License | Surgery Specialty Hospitals of America Southeast Houston<br><br>4301-B Vista, Pasadena, TX 77504 | 006941 | 04/16/1999 | 04/30/2026 |
| DEA | Surgery Specialty Hospitals of America Southeast Houston<br><br>4301 Vista Road, Pasadena, TX 77504 | BV6277924 | 02/25/2026 | 02/28/2029 |
| Texas Board of Pharmacy License (Hospital – Independent) | Surgery Specialty Hospitals of America Southeast Houston<br><br>4301 Vista Road, Pasadena, TX 77504 | 19541 | 04/23/1999 | 04/30/2027 |
| TDSHS | Vista Community | R17026 | 01/01/1989 | 08/31/2030 |

2

| License /Provider Number | Licensee Name & Address | License Number | Issue Date | Expiration Date |
|---|---|---|---|---|
| X-Ray Registration | Medical Center, L.L.P.<br><br>4301 Vista Road, Pasadena, TX 77504 | | | |
| CLIA Laboratory Certification | Surgery Specialty Hospitals of America Southeast Houston<br><br>4301 Vista Road, Pasadena, TX 77504 | 45D04962 71 | 09/01/19 92 | 12/22/2027 |
| Center for Improvement in Healthcare Quality ("CIHQ")<br><br>Accreditation | Vista Community Medical Center, L.L.P. d/b/a Surgery Specialty Hospitals of America<br><br>4301 Vista Road, Pasadena, TX 77504 | CIHQ ID: 1250 | 03/01/20 25 | 03/01/2028 |
| Commission on Laboratory Accreditation ("COLA")<br><br>Laboratory Accreditation | Vista Community Medical Center | 7481 | 8/19/2024 | 08/19/2026 |

3