## BILL OF SALE

This BILL OF SALE (this "Bill of Sale") is made as of March 20, 2026, by and among Dynacq Healthcare, Inc., a Nevada corporation ("Dynacq"); Vista Community Medical Center, L.L.P., a Texas limited liability partnership ("VCMC"); Vista Land & Equipment, L.L.C., a Texas a Texas limited liability company ("VLE"); Doctors Practice Management, Inc., a Texas corporation ("DPM"); Surgery Specialty Clinicians, Inc., a Texas corporation ("SSC"); Vista Hospital of Dallas, L.L.P., a Texas limited liability partnership ("VHD"); and Ambulatory Infusion Therapy Specialists, Inc., a Texas corporation ("AITS" and together with Dynacq, VCMC, VLE, DPM, SSC, and VHD, the "Sellers" and each individually, a "Seller"), GrayStreet BIB Credit, LLC, and/or its designee(s) and/or assignee(s) ("GrayStreet Buyer").

WHEREAS, pursuant to that certain Amended Asset Purchase Agreement, dated March 20, 2026, by and among Sellers, GrayStreet Buyer, and Legent Hospital Northwest Houston, LLC, a Texas limited liability company d/b/a Legent North Houston Surgical Hospital (the "Legent Buyer") (the "Purchase Agreement"), Sellers have agreed to sell, convey, transfer, and deliver to GrayStreet Buyer, and GrayStreet Buyer has agreed to purchase and accept from Seller, for the consideration and upon the terms and conditions set forth in the Purchase Agreement, all of Sellers' right, title, and interest in and to certain assets of the Sellers.

WHEREAS, capitalized terms used but not defined herein shall have the meanings assigned to those terms in the Purchase Agreement.

NOW, THEREFORE, pursuant to the Purchase Agreement and in consideration of the premises, and for other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, it is hereby agreed that:

1.      Conveyance by Sellers of the GrayStreet Assets.  Sellers hereby sell, assign, convey, transfer, and deliver to GrayStreet Buyer (in accordance with the Purchase Agreement) the GrayStreet Assets.

2.      Purchase Agreement.  This Bill of Sale is subject in all respects to the terms and conditions of the Purchase Agreement.  Nothing contained in this Bill of Sale shall be deemed to supersede any of the covenants, agreements, representations, or warranties of Sellers or GrayStreet Buyer contained in the Purchase Agreement.

3.      Construction.  This Bill of Sale shall be governed by all of the provisions of the Purchase Agreement, unless the context otherwise requires, including, but not limited to, all provisions concerning construction, enforcement, and governing law.

4.      Benefit/Assignment.  This Bill of Sale shall inure to the benefit of and be binding upon the parties hereto and their respective legal representatives, successors, and assigns.  No party hereto may assign any of its rights or obligations under this Bill of Sale without the prior written consent of the other parties.

5.      Amendment.  No amendment, supplement, modification, waiver, or termination of this Bill of Sale or any provision hereof shall be binding unless executed in writing by the

127421.000002  4922-0506-9715.7

1

4909-4943-4262v.2

parties to be bound thereby.  No waiver of any of the provisions of this Bill of Sale shall constitute a waiver of any other provision (whether or not similar), nor shall such waiver constitute a continuing waiver unless otherwise expressly provided.

6.      <u>Waiver</u>.  Neither the failure of any party hereto to exercise any right, power, or remedy provided under this Bill of Sale or to insist upon compliance by any other party with its obligations hereunder, nor any custom or practice of the parties at variance with the terms hereof shall constitute a waiver by such Party of its right to exercise any such right, power, or remedy or to demand such compliance.

7.      <u>Counterparts</u>.  This Bill of Sale may be executed in one or more counterparts, each of which will be deemed to be an original copy of this Bill of Sale, and all of which, when taken together, shall constitute one and the same instrument.  Any counterpart may be delivered by facsimile or other electronic means; *provided, however*, that attachment of a facsimile or other electronic counterpart to this Bill of Sale shall constitute the representation and warranty of the person delivering the facsimile or other electronic signature that such person has full power and authority to attach such signature and to deliver this Bill of Sale.

*[Signatures follow on separate page.]*

127421.000002 4922-0506-9715.7

4909-4943-4262v.2

Docusign Envelope ID: 2585A5CF-B0DC-4CD2-B77C-CDFACACA5C9D
Docusign Envelope ID: 7DDE15C7-449E-4686-A898-635F34007046

IN WITNESS WHEREOF, the undersigned parties hereto have executed this Bill of Sale as of the date first above written.

**GRAYSTREET BUYER:**

By: _____
Name: Kevin Covey
Title: Partner

**SELLERS:**

**DYNACQ HEALTHCARE, INC.,**

By: _____
Name: Dr. Eric Chan
Title: President and Chief Executive Officer

**VISTA COMMUNITY MEDICAL CENTER, L.L.P.**

By: _____
Name: Dr. Eric Chan
Title: President and Chief Executive Officer

**VISTA LAND & EQUIPMENT, L.L.C.**

By: _____
Name: Dr. Eric Chan
Title: President and Chief Executive Officer

**DOCTORS PRACTICE MANAGEMENT, INC.**

By: _____
Name: Dr. Eric Chan
Title: President and Chief Executive Officer

**SURGERY SPECIALTY CLINICIANS, INC.**

By: _____
Name: Dr. Eric Chan
Title: President and Chief Executive Officer

[Signature Page to Bill of Sale (GrayStreet Assets)]

4909-4943-4262v.2

**VISTA HOSPITAL OF DALLAS, L.L.P.**

By: _____

Name: Dr. Eric Chan

Title: President and Chief Executive Officer

**AMBULATORY INFUSION THERAPY SPECIALISTS, INC.**

By: _____

Name: Dr. Eric Chan

Title: President and Chief Executive Officer

[Signature Page to Bill of Sale (GrayStreet Assets)]

4909-4943-4262v.2