# Trademark Assignment Agreement

This Trademark Assignment Agreement ("**Trademark Assignment**"), dated as of March 20, 2026, is made by Vista Community Medical Center, L.L.P., a Texas limited liability partnership ("**Seller**"), in favor of Legent Hospital Northwest Houston, LLC, d/b/a Legent North Houston Surgical Hospital, a Texas limited liability company ("**Buyer**"), the purchaser of certain assets of Seller pursuant to the Amended Asset Purchase Agreement between Buyer and GrayStreet BIB Credit, LLC ("**GrayStreet Buyer**"), on one hand, and Seller, Dynacq Healthcare, Inc., Vista Land & Equipment, L.L.C., Doctors Practice Management, Inc.,; Surgery Specialty Clinicians, Inc., Vista Hospital of Dallas, L.L.P., and Ambulatory Infusion Therapy Specialists, Inc., on the other, dated as of March 20, 2026 (the "**Asset Purchase Agreement**").

WHEREAS, under the terms of the Asset Purchase Agreement, Seller has conveyed, transferred, and assigned to Buyer, among other assets, certain intellectual property of Seller, and has agreed to execute and deliver this Trademark Assignment, for recording with the United States Patent and Trademark Office [and corresponding entities or agencies in any applicable jurisdictions];

NOW THEREFORE, the parties agree as follows:

1.      Assignment. For good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, Seller hereby irrevocably conveys, transfers, and assigns to Buyer, and Buyer hereby accepts, all of Seller's right, title, and interest in and to the following:

(a)      the trademark registrations and trademark applications set forth on Schedule 1 hereto and all issuances, extensions, and renewals thereof (the "**Assigned Trademarks**"), together with the goodwill of the business connected with the use of, and symbolized by, the Assigned Trademarks; provided that, with respect to any United States intent-to-use trademark applications set forth on Schedule 1 hereto, the transfer of such applications accompanies the transfer of Seller's business, or that portion of the business to which the trademark pertains, and that business is ongoing and existing;

(b)      all rights of any kind whatsoever of Seller accruing under any of the foregoing provided by applicable law of any jurisdiction, by international treaties and conventions, and otherwise throughout the world;

(c)      any and all royalties, fees, income, payments, and other proceeds now or hereafter due or payable with respect to any and all of the foregoing; and

(d)      any and all claims and causes of action with respect to any of the foregoing, whether accruing before, on, or after the date hereof, including all rights to and claims for damages, restitution, and injunctive and other legal and equitable relief for past, present, and future infringement, dilution, misappropriation, violation, misuse, breach, or default, with the right but no obligation to sue for such legal and equitable relief and to collect, or otherwise recover, any such damages.

2.      Recordation and Further Actions. Seller hereby authorizes the Commissioner for Trademarks in the United States Patent and Trademark Office and the Texas Secretary of State to

127421.000002 4918-5307-7399.6

record and register this Trademark Assignment upon request by Buyer. Following the date hereof, Seller shall take such steps and actions, and provide such cooperation and assistance to Buyer and its successors, assigns, and legal representatives, including the execution and delivery of any affidavits, declarations, oaths, exhibits, assignments, powers of attorney, or other documents, as may be necessary to effect, evidence, or perfect the assignment of the Assigned Trademarks to Buyer, or any assignee or successor thereto.

3.      Terms of the Asset Purchase Agreement. The parties hereto acknowledge and agree that this Trademark Assignment is entered into pursuant to the Asset Purchase Agreement, to which reference is made for a further statement of the rights and obligations of Seller and Buyer with respect to the Assigned Trademarks. The representations, warranties, covenants, agreements, and indemnities contained in the Asset Purchase Agreement shall not be superseded hereby but shall remain in full force and effect to the full extent provided therein. In the event of any conflict or inconsistency between the terms of the Asset Purchase Agreement and the terms hereof, the terms of the Asset Purchase Agreement shall govern.

4.      Counterparts. This Trademark Assignment may be executed in counterparts, each of which shall be deemed an original, but all of which together shall be deemed one and the same agreement. A signed copy of this Trademark Assignment delivered by facsimile, e-mail, or other means of electronic transmission shall be deemed to have the same legal effect as delivery of an original signed copy of this Trademark Assignment.

5.      Successors and Assigns. This Trademark Assignment shall be binding upon and shall inure to the benefit of the parties hereto and their respective successors and assigns.

6.      Governing Law. This Trademark Assignment and any claim, controversy, dispute, or cause of action (whether in contract, tort, or otherwise) based upon, arising out of, or relating to this Trademark Assignment and the transactions contemplated hereby shall be governed by, and construed in accordance with, the laws of the United States and the State of Texas, without giving effect to any choice or conflict of law provision or rule (whether of the State of Texas or any other jurisdiction).

[SIGNATURE PAGE FOLLOWS]

127421.000002 4918-5307-7399.6                    2

IN WITNESS WHEREOF, Seller has duly executed and delivered this Trademark Assignment as of the date first written above.

VISTA COMMUNITY MEDICAL CENTER, L.L.P.

By: _____
A2C249D64ECA4DE...

Name: Dr. Eric Chan
Title: President and Chief Executive Officer
Address for Notices:
4301 Vista Rd.
Pasadena, Texas 77504

AGREED TO AND ACCEPTED:

LEGENT HOSPITAL NORTHWEST HOUSTON, LLC

By: _____
*Jordan Fowler*
C7181A8946E248C...

Name: Jordan Fowler
Title: Chief Executive Officer
Address for Notices:
4090 Mapleshade Lane, Ste. 220
Plano, Texas 75093

127421.000002 4918-5307-7399.4

3

# SCHEDULE 1

## Assigned Trademarks

Trademark Registrations

| Mark | Jurisdiction | Registration Number | Registration Date |
|---|---|---|---|
| None | | | |

Trademark Applications

| Mark | Jurisdiction | ITU Status | Application Serial Number | Filing Date |
|---|---|---|---|---|
| None | | | | |