**Domain Name Transfer Agreement**

This Domain Name Transfer Agreement ("**Domain Transfer Agreement**") dated as of March 20, 2026, is made by Vista Community Medical Center, L.L.P., a Texas limited liability partnership ("**Seller**"), in favor of Legent Hospital Northwest Houston, LLC, d/b/a Legent North Houston Surgical Hospital, a Texas limited liability company ("**Buyer**"), the purchaser of certain assets of Seller pursuant to the Amended Asset Purchase Agreement between Buyer and GreyStreet BIB Credit, LLC ("**GreyStreet Buyer**"), on one hand, and Seller, Dynacq Healthcare, Inc., Vista Land & Equipment, L.L.C., Doctors Practice Management, Inc., Surgery Specialty Clinicians, Inc., Vista Hospital of Dallas, L.L.P., and Ambulatory Infusion Therapy Specialists, Inc., on the other, dated as of March 20, 2026 (the "**Asset Purchase Agreement**").

WHEREAS, under the terms of the Asset Purchase Agreement, Seller has conveyed, transferred, and assigned to Buyer, among other assets, certain intellectual property of Seller, and has agreed to execute and deliver this Domain Transfer Agreement, and to take all necessary actions to implement the intended domain name transfer;

NOW THEREFORE, the parties agree as follows:

1.  Domain Name Transfer.  Seller hereby assigns and transfers to Buyer, and Buyer hereby accepts from Seller, the assignment and transfer of all right, title and interest in and to the domain name registrations set forth on Schedule 1 (the "**Domain Names**"), including all registrations therefor, any right to renew such registrations, and any related trademark or trade name rights and associated goodwill, and all claims for damages by reason of infringement of the same (collectively, the "**Rights**"), free of all liens, security interests and other encumbrances ("**Liens**"), in consideration of the mutual promises and covenants herein, the receipt and sufficiency of which the parties hereby acknowledge. Seller will make all necessary arrangements to ensure that the appropriate registrar(s) handling the registration of the Domain Names, transfers the Domain Names to Buyer immediately following execution of this Domain Transfer Agreement, and/or in accordance with the timeline established by the Asset Purchase Agreement. Seller hereby requests the relevant registrar(s), and any other appropriate domain name registration authorities that exercise authority over the Domain Names, to transfer the Domain Names to Buyer.

2.  Transfer Process.  Upon execution of this Domain Transfer Agreement, Seller shall unlock the Domain Names, provide Buyer with the authorization codes for the transfers, and approve the transfer requests for the Domain Names.

3.  Best Efforts, Further Assurances.  Seller will use its best efforts to take all actions necessary to consummate the transaction contemplated by this Domain Transfer Agreement. Seller agrees not to use or register, or object to Buyer's use or registration of, any terms comprising the Domain Names (or any other confusingly similar variations thereof) as a domain name, trademark, trade name, social media handle, or other source identifier. The parties agree to execute further or other documents and assurances and do such other acts as may be required or deemed useful to give effect to the provisions of this Domain Transfer Agreement. Seller will refrain from any and all use of the trademarks comprising the Domain Names and/or any other marks or acronyms that are confusingly similar to the trademarks comprising the Domain Names, or any other trademarks owned by Buyer.

4905-4452-0087.6

4.   <u>Representations, Warranties & Indemnification</u>.  Seller represents and warrants that (a) Seller is the current owner and registrant of the Domain Names and the Rights; (b) Seller has the unrestricted right and capacity to transfer same to Buyer, free and clear of any Liens; (c) the execution, delivery and performance of and compliance with this Domain Transfer Agreement by Seller will not result in any breach of any mortgage, indenture, contract, agreement, instrument, judgment, decree or order by which Seller or the Domain Names are bound; and (d) all applicable registration fees related to the Domain Names have been paid through the date of this Domain Transfer Agreement and for at least sixty (60) days thereafter. Seller will indemnify Buyer against any harm incurred by Buyer as a result of Seller's breach of any of these representations or warranties, or failure to perform any of its obligations under this Domain Transfer Agreement.

5.   <u>Miscellaneous</u>.  Seller agrees that the terms of this Domain Transfer Agreement are confidential and shall not be disclosed except pursuant to court order. Seller and Buyer agree that this Domain Transfer Agreement shall inure to the benefit of, and be binding upon, their respective assigns, heirs, and successor companies. The parties hereto acknowledge and agree that this Domain Transfer Agreement is entered into pursuant to the Asset Purchase Agreement, to which reference is made for a further statement of the rights and obligations of Seller and Buyer with respect to the Domain Names. This Domain Transfer Agreement may be executed in counterparts and facsimile and other electronic copies of signatures shall be deemed original for all purposes.  Each party acknowledges that the other party will be irrevocably harmed and will have no adequate remedy at law if a party fails to perform any of its obligations under this Domain Transfer Agreement, and so, in addition to any other remedies which may be available, each party shall have the right to obtain specific performance of the other party's covenants.  This Domain Transfer Agreement is governed by and construed in accordance with the laws of the United States and the State of Texas, and the parties consent to the exclusive jurisdiction in the courts, state and federal, located in Harris County, Texas. Each party waives any objection based on venue or forum non conveniens with respect to any action instituted in any such court. The parties understand and agree to the terms of this Domain Transfer Agreement and have had the opportunity to consult with counsel regarding same. This Domain Transfer Agreement may not be modified except in writing, signed by both parties.

[SIGNATURE PAGE FOLLOWS]

4905-4452-0087.6

Docusign Envelope ID: 2585A5CF-B0DC-4CD2-B77C-CDFACACA5C9D
Docusign Envelope ID: 4906A94A-BF67-46C4-8E97-B5C3CC5E6C1B

IN WITNESS WHEREOF, this Domain Transfer Agreement has been duly executed by or on behalf of each of the parties to this Domain Transfer Agreement to be effective as of the date first written above.

VISTA COMMUNITY MEDICAL CENTER, L.L.P.:

By: _____

Name: Dr. Eric Chan
Title: President and Chief Executive Officer
Address for Notices:
4301 Vista Rd.
Pasadena, Texas 77504

LEGENT HOSPITAL NORTHWEST HOUSTON, LLC

By: _____

Name: Jordan Fowler
Title: Chief Executive Officer
Address for Notices:
4090 Mapleshade Lane, Ste. 220
Plano, Texas 75093

4905-4452-0087.4

## SCHEDULE 1

## Domain Names

| Domain Name | Registrar | Expiration Date |
|---|---|---|
| WWW.SSHA.US.COM | register.com/networksolutions.com | 1/30/2027 |

4905-4452-0087.6