After Recording, Return to:

GrayStreet BIB Credit, LLC
4515 San Pedro Ave.
San Antonio, Texas, 78212

## SPECIAL WARRANTY DEED

**NOTICE OF CONFIDENTIALITY RIGHTS:  IF YOU ARE A NATURAL PERSON, YOU MAY REMOVE OR STRIKE ANY OR ALL OF THE FOLLOWING INFORMATION FROM ANY INSTRUMENT THAT TRANSFERS AN INTEREST IN REAL PROPERTY BEFORE IT IS FILED FOR RECORD IN THE PUBLIC RECORDS:  YOUR SOCIAL SECURITY NUMBER OR YOUR DRIVER'S LICENSE NUMBER.**

STATE OF TEXAS                         §
                                       §        KNOW ALL PERSONS BY THESE PRESENTS:
COUNTY OF HARRIS                       §

**VISTA LAND & EQUIPMENT, LLC**, a Texas limited liability company ("**Grantor**"), for and in consideration of the sum of TEN AND NO/100 DOLLARS ($10.00), and other good and valuable consideration paid by GRAYSTREET BIB CREDIT, LLC, a Texas limited liability company ("**Grantee**"), the receipt and sufficiency of which are hereby acknowledged and confessed, subject to the Permitted Exceptions, has GRANTED, BARGAINED, SOLD, and CONVEYED, and by these presents does hereby GRANT, BARGAIN, SELL, and CONVEY, unto Grantee, all of that certain lot, tract or parcel of land situated in Harris County, Texas, and being more particularly described on Exhibit "A" attached to and made a part hereof for all purposes (the "**Land**");

TOGETHER WITH, all easements, licenses, interests, rights, privileges, and appurtenances held by Grantor that in any way benefit the Land or relate to the ownership of the Land, including but not limited to: (i) all of Grantor's interest in any road, street, or alleyway adjoining the Land; (ii) any rights or interests that may accrue to the benefit of Grantor or the Land as a result of the abandonment of any road, street, or alleyway adjoining the Land; and (iii) any and all buildings, structures, and improvements that may be located on the Land (collectively, with the Land, the "**Property**").

This conveyance has been authorized free and clear of all liens, claims, encumbrances, and interests by the United States Bankruptcy Court for the Southern District of Texas Houston Division in "*In re: Dynacq Healthcare, Inc., et al.*" Case No. 24-90798 (ARP), by that certain *Order (I) Approving Asset Purchase Agreement and Authorizing the Sale of the Debtors' Assets Outside the Ordinary Course if Business, (II) Authorizing the Sale of Assets Free and Clear of all Liens, Claims, Encumbrances, And Interests, (III) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, and (IV) Granting Related Relief* (Dkt. No. 194, the "**Sale Order**") entered on March 3, 2026.

1

Special Warranty Deed
4911-2660-9556v.4

Other than the liens, claims, encumbrances, and interests impacted by the Sale Order, this conveyance is made by Grantor and accepted by Grantee subject to all matters shown of record in the office of the Official Public Records of Harris County, Texas (the "**Permitted Exceptions**");

TO HAVE AND TO HOLD the Property, subject to the Permitted Exceptions, unto Grantee, and Grantee's successors and assigns, forever; and Grantor does hereby bind Grantor, and Grantor's successors and assigns, to WARRANT and FOREVER DEFEND, all and singular, the Property, subject to the Permitted Exceptions, unto Grantee, and Grantee's successors and assigns, against every person whomsoever lawfully claiming or to claim the same or any part thereof by, through, or under Grantor, but not otherwise.

Ad valorem taxes for 2026 have been prorated between Grantor and Grantee and taxes for such year and subsequent years, and subsequent taxes and assessments for prior years due to changes in land usage or ownership, are assumed by Grantee.

Grantee's address is: 4515 San Pedro Ave., San Antonio, Texas 78212.

**[SIGNATURE PAGE FOLLOWS]**

DATED as of **March 19**, 20**26** to be EFFECTIVE as of _____, 2026.

**GRANTOR**:

**VISTA LAND & EQUIPMENT, LLC**

By: _____

Name: Dr. Eric Chan
Title: President and Chief Executive Officer


STATE OF TEXAS)

      )ss.

COUNTY OF HARRIS)

  The foregoing instrument was acknowledged before me this __19th__ day of March, 2026, by Dr. Eric Chan, President and Chief Executive Officer of **VISTA LAND & EQUIPMENT, LLC**, a Texas limited liability company, on behalf of said limited liability company.

CONNIE HUDEC
My Notary ID # 6378886
Expires November 21, 2029

_____
Notary Public

Commission Expires __11-21-2029__

3

Special Warranty Deed
4911-2660-9556v.4

**EXHIBIT "A"**

(Legal Description)

4.5799 acres of land being the residue of Lot 14 of South Houston Gardens, Section 5, as recorded in Volume 4, Page 15 of the Map Records of Harris County, Texas, and lying in the Day Land and Cattle Company Survey, Abstract No. 1025, Harris County, Texas, said 4.5799 acres of land being more particularly described by metes and bounds as follows:

BEGINNING at a ½ inch iron rod found in the northerly Right-Of-Way line of Vista Road (based on a 100.00 foot Right-Of-Way), said iron rod being the northwest corner of a called 10,500 square foot tract of land conveyed to the City of Pasadena, Texas (for Vista Road), as recorded under Harris County Clerk's File No. E264049, with the common line of Lots 13 and 14 of South Houston Gardens, Section 5, from said iron rod a 5/8 inch iron rod was found 1.56 feet north and 1.32 feet west;

THENCE North along the common line of said Lot 13 and 14, a distance of 560.00 feet to a ½ inch iron rod set for corner in the south line of Lot 12, same iron being the northwest corner of Lot 14 and the northeast corner of Lot 13;

THENCE South 89[46'41" East along the common line of Lots 12 and 14, a distance of 350.00 feet to a ½ inch iron rod set for corner, same iron rod being the common corner of Lots 12, 14, 15, and 17;

THENCE South along the common line of said Lot 14 and 15, a distance of 580.00 feet to an "X" found in concrete for corner in the northerly Right-Of-Way line of said Vista Road, same being the Northeast corner of said 10,500 square foot tract;

THENCE North 86[30'30" West (called North 86[44' West) along the northerly Right-Of-Way line of said Vista Road, same being the northerly line of said 10,500 square foot tract, a distance of 350.65 feet (called 350.57 feet) to the PLACE OF BEGINNING and containing within these calls 199,499 square feet or 4.5799 acres of land.

4

Special Warranty Deed
4911-2660-9556v.4